# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW BENJAMIN BOYD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DALLAS EARNSHAW et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:17-CV-921-RJS<br><br>District Judge Robert J. Shelby |

　　　　In an Order dated June 25, 2018, (Doc. No. 13), the Court gave Plaintiff until July 25, 2018, to file a response to Defendant's Motion to Dismiss. To date, Plaintiff has not complied. Indeed, the Court has since not heard from him.

　　　　IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

SO ORDERED this 3rd day of August, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　United States District Court